IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-00120-BO

| | |
|---|---|
| MICHAEL PETERSON, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) ORDER FOR PAYMENT OF ATTORNEY<br>) FEES AND COSTS UNDER THE |
| NANCY A. BERRYHILL,<br>Commissioner of Social Security, | ) EQUAL ACCESS TO JUSTICE ACT<br>) TO JUSTICE ACT<br>) |
| Defendant. | )<br>) |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $3,400.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $400.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte W. Hall, and mailed to her office at P.O. Box 10629, Raleigh, NC 27605, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this __21__ day of September, 2018

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE